**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ENGlobal Technologies, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2831664** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **11740 Katy Fwy., Ste. 350**<br>**Houston, TX 77079** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.englobal.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **ENGlobal Technologies, LLC**                                    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **8711**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

Debtor   **See Attachment**                          Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | ENGlobal Technologies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☑ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **ENGlobal Technologies, LLC**                                          Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/04/2025
                MM / DD / YYYY

**X** /s/ Darren W. Spriggs                                    Darren W. Spriggs
Signature of authorized representative of debtor              Printed name

Title    **Chief Financial Officer and Authorized Representative**

---

**18. Signature of attorney**

**X** /s/ Christopher Adams                                    Date  03/04/2025
Signature of attorney for debtor                                    MM / DD / YYYY

**Christopher Adams**
Printed name

**Okin Adams Bartlett Curry LLP**
Firm name

**1113 Vine St., Suite 240**
**Houston, TX 77002**
Number, Street, City, State & ZIP Code

Contact phone    **(713) 228-4100**          Email address    **info@okinadams.com**

**24009857 TX**
Bar number and State

Debtor    **ENGlobal Technologies, LLC**_____    Case number (*if known*)_____
                   Name

```
Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____    Chapter    11
```

☐ Check if this an
   amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | |
|---|---|---|---|
| Debtor | **ENGlobal Corporation** | Relationship to you | **Corporate Parent** |
| District | **Southern District of Texas** | When | Case number, if known |
| Debtor | **ENGlobal Government Services, Inc.** | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known |
| Debtor | **ENGlobal U.S., Inc.** | Relationship to you | **Affiliate** |
| District | **Southern District of Texas** | When | Case number, if known |

**Fill in this information to identify the case:**

Debtor name    **ENGlobal Technologies, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    Consolidated Corporate Ownership Statement and List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 4, 2025      X **/s/ Darren W. Spriggs**
                                   Signature of individual signing on behalf of debtor

                                     **Darren W. Spriggs**
                                     Printed name

                                     **Chief Financial Officer and Authorized Representative**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name _ENGlobal Corporation, et al._

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only the unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 BRUKER LTD. 2800 HIGHPOINT DR. SUITE 206 MILTON, ON L9T 6P4 CANADA | SUSAN WARD 905-876-4641 ORDERS.CA@BRUKER.COM | Trade | | | | $442,066.50 |
| 2 THE REYNOLDS COMPANY 10502 GREENS CROSSING BLVD. HOUSTON, TX 77038 | VERONICA CHAVARRIA 713-486-8914 REMITINFO@REYNCO.COM | Trade | | | | $388,755.82 |
| 3 PORTER HEDGES L.L.P. 1000 MAIN STREET 36TH FLOOR HOUSTON, TX 77002 | JAMES COWEN 713-226-6571 DFLOWERS@PORTERHEDGES.COM | Trade | | | | $311,034.98 |
| 4 CDW DIRECT, LLC P.O. BOX 75723 SUITE 3220 CHICAGO, IL 60675-5723 | PRESIDENT/GENERAL COUNSEL ACHREMITTANCE@CDW.COM | Trade | | | | $187,543.04 |
| 5 ENDRESS & HAUSER 2350 ENDRESS PL GREENWOOD, IN 47143 | PRESIDENT/GENERAL COUNSEL 888-363-7377 INFO@US.ENDRESS.COM | Trade | | | | $186,218.71 |
| 6 CARSON PORTWALL MANAGEMENT LLC 9821 KATY FREEWAY SUITE 685 HOUSTON, TX 77024 | MCCAY DICKSON 713-360-7952 SSANDERLIN@CARSONCOMPA NIES.COM | Trade | | | | $166,380.51 |
| 7 EASTERN POWER TECHNOLOGIES, INC. 215 PELHAM DAVIS CIRCLE GREENVILLE, SC 29615 | KIM MILLER 864-234-3925 KIM.MILLER@EASTERNPOWERTECH.COM | Trade | | | | $158,350.09 |
| 8 RAWSON INC. 2010 MC ALLISTER HOUSTON, TX 77092 | RICHARD BESHOORY 713-684-1400 ACH.ACCOUNTING@RAWSONLP.COM | Trade | | | | $144,344.58 |

| Debtor | ENGlobal Corporation, *et al.* | Case number (*if known*) |
|--------|-------------------------------|--------------------------|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | NEO MONITORS CORPORATION 11200 WESTHEIMER RD SUITE 500 HOUSTON, TX 77042 | PRESIDENT/GENERAL COUNSEL | Trade | | | | $141,491.15 |
| 10 | WHOLESALE ELECTRIC 4040 GULF FREEWAY HOUSTON, TX 77004 | ROXANNE LONGORIA 713-748-6100 ARREMIT@WHOLESALEELECTRIC.COM | Trade | | | | $140,622.82 |
| 11 | REXEL P.O. BOX 844519 DALLAS, TX 75284 | LINDA WEST 713-316-1714 LINDA.WEST@REXELHOLDINGSUSA.COM | Trade | | | | $126,486.19 |
| 12 | HOUSTON CENTER VALVE & FITTING LP 10110 FAIRBANKS N HOUSTON RD HOUSTON, TX 77064 | GLENDA ALFARO 713-527-0233 SSETACCOUNTING@SWAGELOK.COM | Trade | | | | $125,847.65 |
| 13 | ACTEMIUM CEGELEC CORPORATION 333 ROUSER ROAD SUITE 100 MOON TOWNSHIP, PA 15108 | EUAN MORGAN 412-264-6789 EUAN.MORGAN@ACTEMIUM.COM | Trade | | | | $124,244.00 |
| 14 | FMC TECHNOLOGIES INC. 11740 KATY FREEWAY HOUSTON, TX 77079 | PRESIDENT/GENERAL COUNSEL FMCAR@FMCTI.COM | Trade | | | | $105,000.00 |
| 15 | BLUE CROSS BLUE SHIELD PAYMENT PROCESSING P.O. BOX 360037 BIRMINGHAM, AL 35236 | BELINDA HARRINGTON 205-220-7302 | Trade | | | | $104,287.34 |
| 16 | ERC HOLDING CORP 1718 PEACHTREE STREET SUITE 900 ATLANTA, GA 30309 | CHRIS EDMONDS 404-973-2780 CEDMONDS@ENERECAP.COM | Trade | | | | $102,500.00 |
| 17 | SEQTEK 201 EAST HOBSON AVE SAPULPA, OK 74066 | HANK HAINES 620-794-9361 JOCIEMISER@SEQTEK.COM | Trade | | | | $95,525.00 |
| 18 | ABB INC. 3700 W. SAM HOUSTON PRKY. S #600 HOUSTON, TX 77042 | PRESIDENT/GENERAL COUNSEL 713-587-8000 ABB.SENDORDER@USA.ABB. COM | Trade | | | | $91,240.70 |
| 19 | PRECISION LIGHT AND AIR PTY LT 17 SIR LAURENCE DRIVE SEAFORD, VIC 3198 AUSTRALIA | MARGARET BARBER 619-786-1711 MBARBER@PLAPL.COM.AU | Trade | | | | $90,801.00 |
| 20 | BRYAN RESEARCH & ENGINEERING, LLC 3131 BRIARCREST DR. BRYAN, TX 77802 | PRESIDENT/GENERAL COUNSEL979-776-5220 ACCOUNTING@BRE.COM | Trade | | | | $87,141.25 |

| Debtor | ENGlobal Corporation, _et al._ | Case number (_if known_) _____ |
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | CALIFORNIA ANALYTICAL INSTRUMENTS, INC. 1312 W. GROVE AVENUE ORANGE, CA 92865-4134 | CAROL EVANS 714-974-5560 | Trade | | | | $82,066.00 |
| 22 | ASPEN TECHNOLOGY, INC. 20 CROSBY DRIVE BEDFORD, MA 01730 | PRESIDENT/GENERAL COUNSEL 781-221-6400 ACCOUNTS.RECEIVABLE@ASPENTECH.COM | Trade | | | | $74,067.82 |
| 23 | D&H UNITED FUELING SOLUTIONS PETROLEUM MARKETERS EQUIPMENT CO. 2010 EXCHANGE AVENUE OKLAHOMA CITY, OK 73108 | ISABEL NILSEN 405-235-4471 AR@PMGROUPCOS.COM | Trade | | | | $70,822.18 |
| 24 | AMERITEX MACHINE & FAB, LLC 13391 E FM 1097 WILLIS, TX 77378 | DEBBIE MORRIS 936-228-5070 DMORRIS@AMERITEXLLC.COM | Trade | | | | $68,625.63 |
| 25 | CITYPLEX TOWERS 2488 EAST 81ST STREET SUITE 188 TULSA, OK 74137 | PRESIDENT/GENERAL COUNSEL | Trade | | | | $63,555.00 |
| 26 | RANGELAND ENGINEERING CANADA CORP 300, 550 - 11TH AVE SW CALGARY, AB T2R 1M7 CANADA | PRESIDENT/GENERAL COUNSEL | Trade | | | | $63,000.00 |
| 27 | LONE STAR BLOWER, INC.8883 WEST MONROE ROAD HOUSTON, TX 77061 | PRESIDENT/GENERAL COUNSEL 832-532-3112 ACCOUNTING@LONESTARBLOWER.COM | Trade | | | | $60,250.00 |
| 28 | UNIVERSAL ANALYZER INC. 5200 CONVAIR DRIVE CARSON CITY, NV 89706 | VESNA SURDUCKI 775-883-2500 SALES.BARBEN@AMETEK.COM | Trade | | | | $58,699.97 |
| 29 | OMNI FLOW COMPUTERS 12320 CARDINAL MEADOW DRIVE SUITE 180 SUGAR LAND, TX 77478 | MARI BRANDAO 281-240-6161 SALES@OMNIFLOW.COM | Trade | | | | $54,377.44 |
| 30 | ENTERPRISE RENT-A-CAR P.O. BOX 402383 ATLANTA, GA 30384 | SHANICE STEVENSON ARAMIN@EHI.COM | Trade | | | | $51,692.74 |

## CONSOLIDATED CORPORATE OWNERSHIP
## STATEMENT AND LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), ENGlobal Corporation, ENGlobal U.S., Inc., ENGlobal Government Services, Inc. and ENGlobal Technologies, LLC (each, a "Debtor" and, collectively, the "Debtors"), hereby state as follows:

1.      The mailing address of Debtor ENGlobal Corporation ("ENGlobal") and each of the Debtors is 11740 Katy Fwy., Ste. 350, Houston, Texas 77079.  A list of ENGlobal's equity interest holders, along with the nature of their equity interests and their addresses, is attached hereto as **Exhibit A**.

2.      Debtors' ENGlobal U.S., Inc., ENGlobal Government Services, Inc., and ENGlobal Technologies, LLC are wholly owned subsidiaries of ENGlobal Corporation.

## EXHBIT A

**List of Equity Interest Holders in ENGlobal Corporation[1]**

---

[1] As of February 28, 2025. The Debtors may supplement the list of equity interest holders from time to time in accordance with Bankruptcy Rule 1007.

# United States Bankruptcy Court
## Southern District of Texas

In re   **ENGlobal Corporation**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ALBERIE J LEBLANC<br>ADDRESS ON FILE | Common Shares | 71 | Common |
| ALYSSA PUSATERI<br>ADDRESS ON FILE | Common Shares | 1 | Common |
| ANNA M ALEXANDER<br>ADDRESS ON FILE | Common Shares | 21 | Common |
| ANNABEL SALINAS<br>ADDRESS ON FILE | Common Shares | 58 | Common |
| BERT M WELDON TOD ON FILE SUBJECT TO CPU<br>ADDRESS ON FILE | Common Shares | 1875 | Common |
| BETTE FORCIER<br>ADDRESS ON FILE | Common Shares | 13 | Common |
| BHUPENDRA G PATEL<br>ADDRESS ON FILE | Common Shares | 84 | Common |
| BOYED LONG TOD ON FILE SUBJECT TO CPU RU<br>ADDRESS ON FILE | Common Shares | 86 | Common |
| BRADFORD P EVERED<br>ADDRESS ON FILE | Common Shares | 2 | Common |
| CASANDRA R CANNAN<br>ADDRESS ON FILE | Common Shares | 3355 | Common |
| CEDE & CO<br>570 WASHINGTON BLVD<br>JERSEY CITY, NJ 07310 | Common Shares | 4907054 | Common |
| CHRISTINE A CHESSON<br>ADDRESS ON FILE | Common Shares | 84 | Common |
| CHRISTOPHER D SORRELLS<br>ADDRESS ON FILE | Common Shares | 30958 | Common |
| CYNTHIA L SOUTHALL<br>ADDRESS ON FILE | Common Shares | 164 | Common |

Sheet 1 of 6 in List of Equity Security Holders

In re: __**ENGlobal Corporation**_____     Case No. _____

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| DARLENE R HUSTON<br>ADDRESS ON FILE | Common Shares | 102 | Common |
| DARREN W SPRIGGS TOD ON FILE SUBJECT TO<br>ADDRESS ON FILE | Common Shares | 5100 | Common |
| DAVID W GENT<br>ADDRESS ON FILE | Common Shares | 1532 | Common |
| DECONDIA A SWILLEY<br>ADDRESS ON FILE | Common Shares | 36 | Common |
| DEREK MAXWELL<br>ADDRESS ON FILE | Common Shares | 40 | Common |
| DOUGLAS FIELDGATE<br>ADDRESS ON FILE | Common Shares | 87 | Common |
| DWAYNE B HERROLD<br>ADDRESS ON FILE | Common Shares | 3 | Common |
| ELMER S HYDE<br>ADDRESS ON FILE | Common Shares | 52 | Common |
| ERIC L POLESKI & MARY JOLENE POLESKI JT<br>ADDRESS ON FILE | Common Shares | 63 | Common |
| FH M CLARK<br>ADDRESS ON FILE | Common Shares | 37 | Common |
| FLORENCE P JONES<br>ADDRESS ON FILE | Common Shares | 37 | Common |
| FREDDY NUNEZ<br>ADDRESS ON FILE | Common Shares | 2 | Common |
| HALBERT DAVID SPRINGER<br>ADDRESS ON FILE | Common Shares | 128 | Common |
| HAROLD J KRUG<br>ADDRESS ON FILE | Common Shares | 2 | Common |
| HUBERT A LOUIS TOD ON FILE SUBJECT TO CP<br>ADDRESS ON FILE | Common Shares | 359 | Common |

List of equity security holders consists of 6 total page(s)

In re:  **ENGlobal Corporation**                                  Case No. _____

                                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JAMES A PHILLIPS**<br>**ADDRESS ON FILE** | **Common Shares** | **147** | **Common** |
| **JAMES D PENROD**<br>**ADDRESS ON FILE** | **Common Shares** | **284** | **Common** |
| **JAMES E SHELTON**<br>**ADDRESS ON FILE** | **Common Shares** | **24** | **Common** |
| **JAMES H LAWSON JR**<br>**ADDRESS ON FILE** | **Common Shares** | **40** | **Common** |
| **JEAN V NUTTALL**<br>**ADDRESS ON FILE** | **Common Shares** | **6** | **Common** |
| **JEFFERY L TAYLOR**<br>**ADDRESS ON FILE** | **Common Shares** | **44** | **Common** |
| **JEFFERY L TWILLEY**<br>**ADDRESS ON FILE** | **Common Shares** | **17** | **Common** |
| **JEFFREY R SHUBERT**<br>**ADDRESS ON FILE** | **Common Shares** | **142** | **Common** |
| **JERRY L HAMMERS II**<br>**ADDRESS ON FILE** | **Common Shares** | **22** | **Common** |
| **JIM PRUETT & KELLY R CARVER JT TEN**<br>**ADDRESS ON FILE** | **Common Shares** | **57** | **Common** |
| **JO ANN O JOHNSON**<br>**ADDRESS ON FILE** | **Common Shares** | **6** | **Common** |
| **JOE A CARRERA JR**<br>**ADDRESS ON FILE** | **Common Shares** | **1** | **Common** |
| **JOHN D HANNSZ**<br>**ADDRESS ON FILE** | **Common Shares** | **316** | **Common** |
| **JOHN GREGORY**<br>**ADDRESS ON FILE** | **Common Shares** | **2** | **Common** |
| **JOHN R BEALL**<br>**ADDRESS ON FILE** | **Common Shares** | **110** | **Common** |

List of equity security holders consists of 6 total page(s)

In re:   **ENGlobal Corporation**                                   Case No. _____

_____
                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JOHN W NESBIT V<br>ADDRESS ON FILE | Common Shares | 1 | Common |
| JULIE FERGUSON CENITI<br>ADDRESS ON FILE | Common Shares | 28783 | Common |
| KEVIN DUANE MOORE<br>ADDRESS ON FILE | Common Shares | 5 | Common |
| KEVIN PALMA<br>ADDRESS ON FILE | Common Shares | 29765 | Common |
| KUNO S TROSTMAN JR & CATHERINE C TROSTMA<br>ADDRESS ON FILE | Common Shares | 250 | Common |
| KURT VAN OOSTROM<br>ADDRESS ON FILE | Common Shares | 7 | Common |
| LEA A TWILLEY TOD ON FILE SUBJECT TO CPU<br>ADDRESS ON FILE | Common Shares | 2500 | Common |
| LINNIE K HENNEKE & MILBY G HENNEKE JT TE<br>ADDRESS ON FILE | Common Shares | 19 | Common |
| LLOYD G KIRCHNER<br>ADDRESS ON FILE | Common Shares | 36500 | Common |
| LONNIE W SMITH<br>ADDRESS ON FILE | Common Shares | 4986 | Common |
| LOREN D KILLION<br>ADDRESS ON FILE | Common Shares | 66 | Common |
| MARGARET LASSARAT<br>ADDRESS ON FILE | Common Shares | 28572 | Common |
| MARSHALL D WIER<br>ADDRESS ON FILE | Common Shares | 3 | Common |
| MERRILL P O'NEAL<br>ADDRESS ON FILE | Common Shares | 10 | Common |
| MICHAEL L DEZA<br>ADDRESS ON FILE | Common Shares | 3 | Common |

List of equity security holders consists of 6 total page(s)

In re:  **ENGlobal Corporation**                                    Case No. _____

_____
                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| MICHELLE D MONROE<br>ADDRESS ON FILE | Common Shares | 7 | Common |
| PATRICK C WHITE<br>ADDRESS ON FILE | Common Shares | 49 | Common |
| RANDLE E FLEMING<br>ADDRESS ON FILE | Common Shares | 19 | Common |
| RAYMOND ALCINI<br>ADDRESS ON FILE | Common Shares | 10 | Common |
| RICHARD HORN IV<br>ADDRESS ON FILE | Common Shares | 25 | Common |
| ROBERT E INGRAM<br>ADDRESS ON FILE | Common Shares | 9 | Common |
| ROBERT G ERITANO SR INVESTMENT CLUB<br>ADDRESS ON FILE | Common Shares | 63 | Common |
| ROBERT J COLLINS<br>ADDRESS ON FILE | Common Shares | 2 | Common |
| ROGER G WESTERLIND<br>ADDRESS ON FILE | Common Shares | 1886 | Common |
| STEVEN J STEWART<br>ADDRESS ON FILE | Common Shares | 733 | Common |
| STEWART K HOLFELD TOD ON FILE SUBJECT TO<br>ADDRESS ON FILE | Common Shares | 5000 | Common |
| TERRY L BOLAND<br>ADDRESS ON FILE | Common Shares | 8 | Common |
| THE RONALD CHAPMAN FAMILY LIMITED PARTNE<br>ADDRESS ON FILE | Common Shares | 66 | Common |
| THOMAS A BARRETT<br>ADDRESS ON FILE | Common Shares | 485 | Common |
| THOMAS E RICKETTS<br>ADDRESS ON FILE | Common Shares | 27 | Common |

List of equity security holders consists of 6 total page(s)

In re:   **ENGlobal Corporation**                                          Case No. _____
                                                                                    _____
                                        Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **TINO CENITI**<br>**ADDRESS ON FILE** | **Common Shares** | **28783** | **Common** |
| **TOM WITTENBACH JR**<br>**ADDRESS ON FILE** | **Common Shares** | **2** | **Common** |
| **TOMMY L DEAVER TOD ON FILE SUBJECT TO CP**<br>**ADDRESS ON FILE** | **Common Shares** | **100** | **Common** |
| **W SCOTT CURD**<br>**ADDRESS ON FILE** | **Common Shares** | **4610** | **Common** |
| **WALTER E WEATHERFORD**<br>**ADDRESS ON FILE** | **Common Shares** | **67** | **Common** |
| **WILLIAM A COSKEY & HULDA L COSKEY TEN CO**<br>**ADDRESS ON FILE** | **Common Shares** | **28585** | **Common** |
| **WILLIAM B BERGMAN**<br>**ADDRESS ON FILE** | **Common Shares** | **1908** | **Common** |
| **WILLIAM COMFORT**<br>**ADDRESS ON FILE** | **Common Shares** | **3** | **Common** |
| **WILLIAM R SAUNDERS**<br>**ADDRESS ON FILE** | **Common Shares** | **42** | **Common** |

**UNANIMOUS CONSENT OF THE BOARD OF MANAGERS OF
ENGLOBAL TECHNOLOGIES, LLC**

The undersigned, being the Board of Managers (the "Board") of ENGlobal Technologies, LLC, a Texas limited liability company (the "Company"), do hereby consent to the adoption of, and hereby ratify, the resolutions attached hereto as Exhibit A, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Board at a duly convened meeting held for such purpose.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the 28th day of February, 2025.

By:    Board of Managers of ENGlobal Technologies, LLC, a Texas limited liability company

By: _____
Name: William A. Coskey, P.E.
Title: Chief Executive Officer

By: _____
Name: Darren W. Spriggs
Title: Chief Financial Officer

## UNANIMOUS CONSENT OF THE BOARD OF MANAGERS OF
## ENGLOBAL TECHNOLOGIES, LLC

The undersigned, being the Board of Managers (the "Board") of ENGlobal Technologies, LLC, a Texas limited liability company (the "Company"), do hereby consent to the adoption of, and hereby ratify, the resolutions attached hereto as Exhibit A, which resolutions shall be deemed to be adopted as of the date hereof and to have the same force and effect as if such resolutions were adopted by the Board at a duly convened meeting held for such purpose.

IN WITNESS WHEREOF, the undersigned have executed this consent as of the 28th day of February, 2025.

By:   Board of Managers of ENGlobal Technologies, LLC, a Texas limited liability company

By: _____
Name: William A. Coskey, P.E.
Title: Chief Executive Officer

By: _____
Name: Darren W. Spriggs
Title: Chief Financial Officer

## EXHIBIT A

## APPROVAL OF FILING OF CHAPTER 11 BANKRUPTCY PROCEEDINGS AND MATTERS RELATED THERETO

**WHEREAS**, the Board of Managers (the "Board") of ENGlobal Technologies, LLC a Texas limited liability company (the "Company" or the "Debtor" and together with affiliates of the Company, the "Debtors"), have reviewed the materials presented by the management of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it, and the effect of the foregoing on the Company's business;

**WHEREAS**, the Board has had the opportunity to consult with the management of the Company and fully consider each of the strategic alternatives available to the Company;

**WHEREAS**, the Board of the Company has deemed it advisable and in the best interests of the Company, and its creditors, members, and other interested parties, that the Company file a petition seeking relief under the provisions of chapter 11 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") for purpose of restructuring the Company's business affairs and to take all further and necessary actions as set forth herein below; and,

**WHEREAS**, the applicable Limited Liability Company Agreement of the Company (the "Company Agreement") authorizes the Board to take any action required or permitted by law or the Company Agreement.

**NOW, THEREFORE, BE IT:**

*Chapter 11 Filing*

**RESOLVED**, that the Board determines that it is desirable and in the best interests of the Company, its equity holders, its creditors as a whole, and other parties in interest, that the Company file a voluntary petition for relief (the "Petition") and commence a case (the "Chapter 11 Case") under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"); and further

**RESOLVED**, that the Board hereby authorizes, directs, empowers and appoints Darren W. Spriggs (the "Authorized Representative"), as the Company's representative, acting in the name and on behalf of the Company, to: (i) execute and verify the Petition as well as all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court, and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents; (ii) execute, verify, and file or cause to be filed all of the petitions, schedules, lists, motions, applications, and other papers or documents advisable, appropriate, convenient, desirable or necessary in connection with the foregoing; and (iii) to conduct the restructuring and execute all documents or papers necessary or desirable to effectuate the proposed restructuring; and further

**RESOLVED**, that the Members and the Board hereby authorize, direct, and empower John D. Baumgartner as the Chief Restructuring Officer (the "CRO") of the Company and its affiliate entities, with all of the of the powers and authority expressly delegated to the CRO by the Authorized Representative, and to assist the Authorized Representative in carrying out his duties,

as set out herein, in connection with the Chapter 11 Cases. Such duties of the CRO shall include, but not be limited to:

1. Assist the Authorized Representative to direct and confer with retained estate professionals, including but not limited to Debtors' legal counsel, restructuring advisors, investment bankers and brokers;

2. Assist the Authorized Representative in communicating with creditors of the Debtors and meeting with representatives of such constituencies;

3. Assist the Authorized Representative with monitoring and managing the Debtors' cash management, including bank accounts containing the Debtors' funds;

4. Assist the Authorized Representative in negotiating the terms of any debtor-in-possession financing or agreement regarding the use of cash collateral;

5. Assist the Authorized Representative in negotiating any restructuring support agreements or plans of reorganization for the Debtors;

6. Assist the Authorized Representative in preparing and approving statements of financial affairs, schedules, first day motions and other regular motions and reports required by the Bankruptcy Court or which Debtors are otherwise obligated to prepare and provide;

7. Assist the Authorized Representative in retaining additional estate professionals as the Authorized Representative deems advisable in furtherance of the foregoing, subject to the requirements of the Bankruptcy Code and Bankruptcy Rules;

8. Assist the Authorized Representative in negotiating the terms of any proposed sale of the Debtors' property; and,

9. Take any and all further action and/or perform such services as set forth in the CRO's engagement agreement, as amended from time to time.

All such powers granted to the CRO above shall also be expressly retained by the Authorized Representative, and the CRO shall act in consultation with the Authorized Representative and shall not act contrary to the direction of the Authorized Representative. The Authorized Representative may expand the CRO's authority upon a showing of cause, court order or based upon his own discretion, without the need for further Company resolution(s) or action.

***Retention of Professionals***

**RESOLVED**, that the Board hereby authorizes and directs the Authorized Representative, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers, and employ any individual and/or firm as counsel, professionals, consultants or financial advisors to the Company as the Authorized Representative may deem advisable, appropriate, convenient, desirable or necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code and any other applicable law; and further

**RESOLVED**, that the Board hereby authorizes the retention of the law firm of Okin Adams Bartlett Curry LLP ("Okin Adams") to represent the Company as general bankruptcy counsel and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petition and to cause to be filed an appropriate application for authority to retain the services of Okin Adams; and further

**RESOLVED**, that the Authorized Representative is authorized, directed, and empowered in the name of, and on behalf of the Company and its affiliates, to employ Getzler Henrich & Associates LLC, a Hilco Global Company ("Getzler Henrich") as restructuring and financial advisors to represent and assist the Company and its affiliates in carrying out their duties under the Bankruptcy Code, and to take any and all actions to advance the rights and obligations of the Company and its affiliates; and in connection therewith, the Authorized Representative is authorized and directed, in the name and on behalf of the Company and its affiliates, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Petitions and to cause to be filed an appropriate application to retain the services of Getzler Henrich; and further

***Ratification of Prior Acts***

**RESOLVED**, that all actions by the Authorized Representative, managers, officers or directors of the Company heretofore taken, and expressly approved by the Authorized Representative, in connection with the subject of the foregoing resolutions be, and they hereby are, approved, ratified and confirmed in all respects as the acts and deeds of the Company; and further

**RESOLVED**, that all prior lawful acts taken or caused to be taken with the express approval of the Authorized Representative by or on behalf of the Company by any of its members, managers, officers, directors and authorized agents, including, but not limited to, any and all acts taken or caused to be taken in connection with the foregoing resolutions, which were done in reliance on the Board's expressed desire to reorganize the Company's debts and business affairs, and the negotiation and preparation of documents and actions ancillary thereto are hereby ratified, approved and confirmed in all respects and adopted as the acts of the Company; and further

**RESOLVED**, that the Authorized Representative and any of the appropriate members, officers, directors, and managers of the Company expressly authorized by the Authorized Representative be, and each of them hereby are, authorized: (i) to prepare, execute, deliver and perform, as the case may be, such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings; (ii) to pay or cause to be paid on behalf of the Company any related costs and expenses; and (iii) to take such other actions, in the name and on behalf of the Company, as each such member, officer, director, or manager, as applicable, in his, her or its discretion, shall deem necessary or advisable to complete and effect the foregoing transactions or to carry out the intent and purposes of the foregoing resolutions and

the transactions contemplated thereby, the preparation, execution, delivery and performance of any such agreements, amendments, applications, approvals, certificates, communications, consents, demands, directions, documents, further assurances, instruments, notices, orders, requests, resolutions, supplements or undertakings, the payment of any such costs or expenses and the performance of any such other acts to be conclusive evidence of the approval of the Board thereof and all matters relating thereto; and further

**RESOLVED**, that all actions heretofore taken by the Authorized Representative, and the members, officers, and directors of the Company as expressly authorized by the Authorized Representative with respect to the foregoing transactions and all other matters contemplated by the foregoing resolutions are hereby approved, adopted, ratified and confirmed.

*     *     *